```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
KYLE JIGGETS,                        :
                                     :
              Plaintiff,             :    06 Civ. 4868 (JSR)
                                     :
         -v-                         :    ORDER
                                     :
TRISTAR PATROL SERVICES, INC. et al.,:
                                     :
              Defendants.            :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

In the Court's Order dated September 1, 2009, the parties were directed to file a Joint Pretrial Order by no later than October 1, 2009. However, it has been brought to the Court's attention that a motion for summary judgment filed by defendant New York City Department of Citywide Services remains pending. Accordingly, the parties need not file a Joint Pretrial Order by October 1, 2009. Once the pending summary judgment motion has been resolved, the parties will receive further direction from the Court.

SO ORDERED.

Dated: New York, NY
       September 17, 2009

_____
JED S. RAKOFF, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-09
```